RULE 26 (2) (B) DISCLOSURE

John Robert Petroff

Qualification of Expert: See attached Exhibit A

Publications authored within 10 years: None

Testimony or depositions within four years: None

Compensation to be paid: None

I formed an investment group to purchase the Marktplazt Mall in New Ulm, Minnesota in the spring of 1996. The property was purchased as a distressed retail mall and was to be operated as a small market retail shopping mall. The property was purchased from a real estate speculator who had recently acquired the mall from the lender that had had taken over the property as a deed in lieu of foreclosure from the original developer. I had prior experience with the mall as a leasing consultant for the original developer.

The property had functional obsolescence when purchased. I believed that the low acquisition price would provide the needed financial flexibility to fill the mall with local and area tenants.

I worked to lease the property and began an extensive marketing campaign to locate tenants. This was done through a systematic cold calling, direct mail, advertising and networking program. The results of this effort were largely unsuccessful in filling the mall with retail tenants. Dropping the rental rates did not materially affect the response of the prospective tenants. The building was difficult to lease at any rent structure.

As a next step, I hired a series of leasing agents to work on our property along with other similar properties that they were marketing. These agents were paid monthly

retainers to be paid in addition to leasing commissions. These efforts were also largely unsuccessful and discontinued after the agents indicated that they felt the property had been exposed to the pool of tenants that may have interest.

During this period, a number of the existing tenants closed due to poor retail sales and the occupancy level began to plummet. I attempted to retain the existing tenants by offering rent reductions, marketing and advertising allowances and retail management consulting.

In an effort to improve the leasability of the mall I petitioned the City to allow the addition of neon and a new color scheme to the mall entrances, to replace the entrance signs and to install an electronic message center sign. All of these things were done.

As the owner of the mall I invested money in a restaurant to be operated by the mall and constructed an executive office suite for small office tenants.

In my opinion the property was no longer viable as a retail mall due to Physical Obsolescence, which included:
   a) poor sight lines, the building is behind Minnesota Street storefronts
   b) poor exterior signage
   c) lack of adequate loading facilities for deliveries from the ground level to the retail level
   d) elevatated platform design
   e) not being located on one of the major thoroughfares in the City of New Ulm

In my opinion, the type of tenants that would consider locating in the property in its current condition are service and office tenants. The building wasn't designed for

service tenants or office tenant and doesn't have fenestration that would be attractive to office tenants. Office tenants also want dedicated parking stalls.

In my opinion, the highest and best use for the property is no longer as an enclosed mall. The addition of housing will leave a more appropriate sized retail facility for the types of tenants that are available in the New Ulm market.

In my opinion, the addition of a housing component will increase the vitality of the remaining portion of the mall and Downtown New Ulm. The occupancy will increase as a percentage of the remaining space. The operating costs of the reduced mall will allow the property to be operated profitably.

In my opinion the addition of housing will not negatively impact the Herbergers store and has the potential to enhance the store and the mall.

In my opinion the area designated for Phase I of German Street City Homes has excellent attributes for a housing location. It is close to shopping, a movie theater, restaurants and bars and banks and offers walking through out the Downtown. A group of local homeowners will help strengthen the attention focused on the Downtown area.

In my opinion there is adequate parking for Herbergers remaining after the construction of Phase I of the project. The number of stalls of parking as a percentage of the remaining square footage of the mall increases after the first phase of the housing is completed.

In my opinion, the access to the entrances to the Herbergers stores will continue to be excellent following the addition of the housing and their current main entrances will be unaffected.

_____
John Robert Petroff

Resume
John Robert Petroff

**Retail/Office Projects**

- August 1997, formed D.S.P.O.T., LLC, a limited liability company to purchase the Bremer Tower office building in downtown St. Paul, MN. This is an 11 story, skyway connected office building that has since been torn down through an eminent domain proceeding and is now the headquarters for Minnesota Mutual.

- March, 1995, Cooridnated the purchase of the Marktplatz Mall, located in New Ulm, MN, to Retail Investment II, LLC. The mall is a 90,000 square foot enclosed mall anchored by Herberger's department store. Petroff is a member of this LLC. Petroff, Inc. manages and leases the mall.

- February 23, 1994, formed a limited liability company to purchase the Rice @ C shopping center in Little Canada, a 25,000 square foot strip center. The property was purchased from Norwest Bank's work out department. 75% of the tenants are new from the date of purchase. The shopping center is currently 100% leased. The property is managed and leased by Petroff, Inc.

- January - June, 1994, served as the Interim Director of Leasing for Calhoun Square on a part time basis.

- 1992 & 1993 put together the acquisition, renovation and re-tenanting of Southport Shopping Center, a 40,000 square foot shopping center in Bloomington, MN. The shopping center was only 12% leased when the property was purchased. The shopping center is currently 95% leased.

- 1992 & 1993 pre-leased Hawthorne Crossings, a 27,000 square foot shopping center that is an inner city redevelopment in North Minneapolis. The first phase was 100% pre-leased prior to construction and opened in the spring of 1994.

**Corporate Work Experience**

*Richard Ellis, Inc. (The Yarmouth Group)* May 1986 through September 1988. General Manager of Eastridge Mall, San Jose, California, a 1,500,000 sq.ft. regional shopping center with more than 165 shops. Coordinated construction and leasing of a 16 tenant, 4.5 million dollar, 22,000 sq.ft. food court, implemented an asbestos removal program, worked with government agencies in the cleanup of a fuel leak, was actively involved in the leasing of over 60 stores in a thirty month period. Eastridge Mall was the largest enclosed mall in Santa Clara County at that time. Supervised a staff of over 80 people. Richard Ellis was a real estate advisor to foreign and domestic pension funds and was latter renamed The Yarmouth Group, and was again resold to Westfield Holdings.

John Robert Petroff, Page 2.

*The Center Companies* April 1984 through April 1986. General Manager of the Columbia Mall, Grand Forks, North Dakota. Columbia Mall is a 500,000 sq.ft. regional shopping center anchored which was anchored by Dayton's, Target and J.C. Penney. This property was sold in February of 1986 by Royal Dutch Shell Pension Fund, the Hague, the Netherlands, to Metropolitan Life Insurance Company.

*Zell Management and Development* November 1982 through October 1983. Worked as the sole leasing agent for this Phoenix, Arizona based shopping center management firm with 16 strip shopping centers comprising over 1,000,000 square feet of gross leasable area.

*The Rouse Company* September 1980 through August 1982. Served as Vice President and General Manager of Rouse Management Services of Iowa, Inc., a subsidiary of The Rouse Company with specific responsibility for the Marshalltown Mall in Marshalltown, IA. I was the youngest Vice President and General Manager in the history of the Rouse Company. I took the management of the mall from a totally centralized home office controlled situation to a totally decentralized operating system.

*General Growth Companies* April 1980 through August 1980. I served as Manager of the Marshalltown Mall in Marshalltown, IA. This property was sold to Aetna Life Insurance Company which retained The Rouse Company to manage the property. This is also the hometown of the Bucksbaum family, the founders and principal owners of General Growth Properties at the time.

| | |
|---|---|
| Education | B.A. in Business Administration, 1980. Gustavus Adolphus College, St. Peter, Minnesota. |
| Professional Designations | Earned the Certified Shopping Center Manager (CSM) designation from the International Council Of Shopping Centers in 1987. |
| Licenses | Minnesota Real Estate Brokers License |