RULE 26 (2)(B) DISCLOSURE

Richard S. Strimling

Qualification of Expert: See attached Exhibit A.

Publications authored within 10 years: None

Testimony or depositions within four years: None

Compensation to be paid:   Trial preparation   $350.00

　　　　　　　　　　　　　Deposition         $500.00

　　　　　　　　　　　　　Trial Testimony    $500.00

　　　I have been involved in the leasing of retail space representing both tenants and landlords for many years. This has included properties in metropolitan areas as well as in secondary and tertiary markets such as New Ulm. I was also hired by Retail Investment II, LLC to try to market the Marktplatz Mall. These efforts included mass mailings to potential retailers and other promotional activities including canvassing, networking, and participation in trade shows with national and regional tenants. Tenants attracted to the Mall since its opening, including Jensen Clothiers and On Que, have closed their doors because of the inability to attract a sufficient volume of regular customers. I have also reviewed the Plaintiff's proposal for conversion of a portion of the Marktplatz Mall to condominium housing.

　　　Over the years I have witnessed the evolution of retailing in smaller communities over the past 30 years as large regional and national chains pull out of these markets as unprofitable. In addition, independent retailers have shut their doors in response to customers' flight to larger critical mass retail markets where a variety of "big box" retails is available in a concentrated area. Small, downtown malls in smaller Midwest communities have generally seen a drastic decrease in occupancy and success and have lost the ability to attract viable retail tenants. Generally the smaller tenants in such malls have subsisted off the traffic created by the major anchors in the malls and they have not been successful in smaller towns. The owners of these types of facilities have had to search for alternative uses for mall spaces in an effort to fill space as the nature of retailing has evolved because there is no longer a loyal base of retail customers. The pending establishment of a Wal-Mart Supercenter on the edge of New Ulm will only further limit the ability of the central business district and the Marktplatz Mall to attract retail tenants.

The Plaintiff has made extensive, expensive and exhaustive efforts to try to attract retail and other types of tenants to the Mall, all without lasting success. The Marktplatz Mall no longer functions as effective retail space and an alternative use must be found to better utilize this resource. Given this functional obsolescence, the highest and best use of this space is no longer as retail. The Plaintiff's efforts to convert portions of the Marktplatz Mall to condominium housing are a reasonable approach to this evolution. Other malls in central business districts have done similar conversions. Changing lifestyles have resulted in people wanting to live in downtown areas with little responsibility for maintenance and care of their home. The concentration of residents in central business district housing will be a major asset to downtown retail and the community as a whole. It will help build a critical mass of shoppers who want retail and services in close proximity. Owner occupied housing will also create a downtown neighborhood of citizens concerned for the vitality of the area and who are willing and anxious to patronize close-at-hand goods and services.

The recomputation of the allocation of CAM expenses for Herbergers proposed by Plaintiff is a reasonable and fair adjustment based upon the reconfiguration of the uses of the Marktplatz Mall likely to result from the proposed conversion of portions of the Mall to condominium housing. The transition of parking associated with the proposed condominium project will have no adverse affect upon Herberger's customers or business. The conversion of remote portions of the Mall to condominium housing will have no adverse effect upon Herberger's and is more likely to have a positive effect on customer traffic and income. The refusal of Herberger's to consent to the proposed condominium project is not reasonably given, (1) the evolution of potential uses for the property, (2) the high quality of the proposed project, and (3) the lack of any likely negative affect upon the operation or profitability of the Herberger's operation.

_____
Richard S. Strimling

# RICHARD S. STRIMLING
## 219 MAIN STREET SE, #401
## MINNEAPOLIS, MN 55414-2160
612-623-3714; cell 612-220-5572; fax 612-623-4882
E-Mail: rstrimling@qwest.net

---

**PROFESSIONAL QUALIFICATIONS PROFILE:**
- Experienced decision-maker: goal and profit oriented
- Naturally creative: able to see the overall picture from initial concept through successful completion
- Proven ability to reach accurate objective conclusions involving a great deal of data and variables
- Ability to network and communicate with industry professionals and at industry trade association gatherings
- Skilled and experienced at assessing and evaluating market and potential site conditions

**PROFESSIONAL HISTORY:**

**3/01/03 – Present**  *R.D. KRUGER REALTY, INC., Minneapolis, MN*
Real Estate Broker.
- Performing primarily commercial/retail real estate services for a full service brokerage

**1991 – 2002**  *E.J. Richard Company, Minneapolis, MN*
Principal/Broker of a primarily retail oriented real estate services firm
- Involved in all aspects of retail leasing, leasing negotiations, development, retail site selection and tenant representation

**1986 – 1991**  *First Union Management, Inc., Cleveland, OH*
Mid-west Director of Real Estate for Leasing
- Provided leasing services for 5 regional enclosed shopping malls

**1983 – 1986**  *American Redevelopers, Inc., Minneapolis, MN*
Shopping Center Developer. Vice President Leasing/Sales
- Directly supervised 14 leasing/sales and support people
- Integral part of presentations made to financial institutions for the purpose of securing project financing
- Liaison for construction, architectural and tenant coordination
- Developed marketing strategies
- Developed ongoing reports, staff and project operation budgets

**1980 – 1983**  *R.H. Pace Investment & Belmont Properties*
Independent real estate agent/broker

Exhibit A

- Commercial real estate agent specializing in retail leasing, retail development and tenant representation for primarily community malls and strip centers

## PROFESSIONAL ASSOCIATIONS:

International Council of Shopping Centers (ICSC), Minnesota Shopping Center Association (MSCA), National Association of Realtors (NAR), Minneapolis Area Association of Realtors (MAAR), Minnesota Commercial Association of Realtors (MNCAR)

## RICHARD S. STRIMLING

Following is a list of the properties, shopping centers, management companies and/or the owner(s) that I have been associated with in either a development, leasing agent, leasing management or as a consultant during my career:

| PROPERTY NAME/LOCATION | | MGMT COMPANY/OWNER |
|---|---|---|
| Calhoun Square, | Minneapolis, MN | Ray Harris Company |
| Hyatt Merchandise Mart | Minneapolis, MN | R.H. Pace Investment/Hyatt Corp |
| The Churchill | Minneapolis, MN | "         "         / RDK Mgmt. |
| Lachmann's Plaza | Bloomington, MN | Carlson Companies |
| Southdale Square | Edina, MN | "         " |
| Radisson South (retail) | Edina, MN | "         " |
| Marketplace Center | Little Canada, MN | Belmont Properties |
| Lincoln Square | White Bear Lake, MN | "         " |
| Valley View Center | Woodbury, MN | "         " |
| Barclay Square | Rochester, MN | Am. Redevelopers/Orin Ericson Devel.Co. |
| Ottumwa Place | Ottumwa, IA | "         "         " |
| Westwind Plaza | Minnetonka, MN | "         "         " |
| Winona Mall | Winona, MN | "         "         " |
| Northbridge Mall | Albert Lea, MN | "         "   / Weis Management Co. |
| Westgate Mall | Brainerd, MN | "         "         " |
| Pavilion Place | Roseville, MN | "         "         " |
| Grove Square | Maple Grove, MN | Landmark Devel./         " |
| Mapleridge Square | Maplewood, MN | Dain Bosworth /         " |
| Holiday Mall | Rochester, MN | Weis Management Company |
| King's Row | Rochester, MN | "         " |
| Town & Country Center | Burnsville, MN | "         " |
| The Village Plaza | St. Paul, MN | "         " |
| Prairieview Center | Eden Prairie, MN | "         " |
| Riversbend Plaza | Ramsey, MN | "         " |
| Robinsdale Town Center | Robinsdale, MN | "         " |
| Crossroads Center | St. Cloud, MN | First Union Mgmt/FUMI REIT |
| Kandi Mall | Willmar, MN | "         "         " |
| Crossroads Mall | Ft. Dodge, IA | "         "         " |
| Mountaineer Mall | Morgantown, WV | "         "         " |
| Two Rivers Mall | Clarksville, TN | "         "         " |
| Scottsdale Mall | So. Bend, IN | Mass. Mutual Ins. Company |
| Mariner Mall | Superior, WI | "         "         " |
| Pierre Mall | Pierre, SD | Pacific Mutual Ins. Company |
| Four Seasons Mall | Plymouth, MN | Falmouth Assoc./Prudential |
| International Mall | International Falls, MN | Dial Companies/Keller Development |
| Mesabi Mall | Hibbing, MN | "         " /Dial REIT |
| Thunderbird Mall | Virginia, MN | "         " |
| Village Square | Inver Grove Hgts., MN | "         " |
| Southpark Mall | Spencer, IA | "         " |
| Lakewood Mall | Aberdeen, SD | "         " |
| Delta Plaza | Escanaba, MI | "         " |
| Northbridge Mall | Albert Lea, MN | "         " |
| Oak Park Mall | Austin, MN | United Properties/ Aetna |
| Cherry Pit Mall | Sturgeon Bay, WI | "         " |
| Town & Country Plaza | Phoenix, AZ | Aetna Insurance Company |
| Beaver Dam Mall | Beaver Dam, WI | Beaver Dam Ltd Prtnrshp |
| Westridge Mall | Fergus Falls, MN | Westridge Mall Ltd Prtnrshp |
| Marktplatz Mall | New Ulm, MN | Retail Investment II, LLC |
| Chippewa Mall | Chippewa Falls, WI | Kraus Anderson Realty |
| Plaza 94 Center | Hudson, WI | "         " |
| Village North Center | Brooklyn Park, MN | "         " |
| Northbrook Center | Rochester, MN | "         " |
| JR Plaza | Waite Park, MN | Globe Enterprises, Inc. |