UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Retail Investment II, LLC, | Civil File No. 0:05-cv-572 (MJD/JGL) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| v. | |
| McRae's, Inc., d/b/a Herberger's, | |
| Defendant. | |

STATE OF MINNESOTA )
                           ) ss.
COUNTY OF BROWN )

     Heather Haala, being first duly sworn says that on this 11th day of November, 2005, she deposited true and correct copies of the foregoing Plaintiff's Rule 26(a)(1) Supplemental Disclosures in the mail of the United States, at New Ulm, Minnesota, and that the copies, enveloped and stamped with the required amount of postage, were addressed to the following:

     Steven K. Champlin #0016044
     Dorsey & Whitney
     Suite 1500, 50 South Sixth Street
     Minneapolis, MN 55402-1498

                                                  *Heather Haala*
                                                  Heather Haala

Subscribed and sworn to before me
this 11th day of November, 2005.

**DEEANN WOLF**
Notary Public-Minnesota
My Commission Expires Jan 31, 2010