UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Retail Investment II, LLC, | Civil File No. 0:05-cv-572 (MJD/JGL) |
| Plaintiff, | |
| | ORDER OF DISMISSAL |
| v. | |
| McRae's, Inc., d/b/a Herberger's, | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal of the parties dated April 26, 2006, the above captioned matter is hereby dismissed.

Dated: May 15, 2006.    BY THE COURT:

                                                s / Michael J. Davis

                                                Hon. Michael J. Davis
                                                U.S. District Court Judge